**Order entered December 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01456-CV

### IN RE MICHAEL A. RUFF, Relator

**Original Proceeding from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-1**

## ORDER
Before Justices Francis, Evans, and Schenck

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     DAVID EVANS
          JUSTICE